UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOHN MURPHY,

                        Plaintiff,

          -against-

JOHN SANCHEZ, *et al.*,

                        Defendant.
-----------------------------------------------------------------X

**ORDER**

**23-cv-5253 (ALC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The parties are directed to contact Courtroom Deputy Christopher Davis via e-mail at [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov) and provide three mutually agreeable dates for a settlement conference by **September 1, 2023**. Proposed dates should be in October, November, or December.

      Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York. Should the Parties not wish to schedule a settlement conference at this time, they should inform the Court via email by the same deadline.

      Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's Standing Order for all Cases Referred for Settlement.

SO ORDERED.

DATED:    New York, New York
          August 21, 2023

                                                                                                                               */s/ Jennifer E. Willis*
                                                                                                                               JENNIFER E. WILLIS
                                                                                                              United States Magistrate Judge