UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN MURPHY,

                     Plaintiff,                            **ORDER**

     -against-                       **23-CV-5253 (ALC) (JW)**

JOHN SANCHEZ, *et al.*,

                     Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    On August 29, 2024, the Court held an in-person discovery conference. At the conference the following deadlines were set:

- Plaintiff must provide a corrected response to Defendants' initial interrogatories about lost wages and produce any relevant documents on the same by **September 12, 2024**.

- The Parties must file a joint status letter on the progress of all discovery by **October 30, 2024**.

- The fact discovery deadline is extended to **November 13, 2024**.

- The expert discovery deadline is extended to **January 15, 2025**.

    SO ORDERED.

DATED:   New York, New York
             August 29, 2024

                                                     */s/ Jennifer E. Willis*
                                                     JENNIFER E. WILLIS
                                                     United States Magistrate Judge