UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN MURPHY,

                         Plaintiff,                            **ORDER**

          -against-                           **23-CV-5253 (MMG) (JW)**

JOHN SANCHEZ, *et al.*,

                        Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of the Parties' joint letter. Dkt. No. 38. The Parties are ordered to attend an in-person status conference on **January 7, 2025, at 11:00am**. The conference will be held in Courtroom 228, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The Parties should arrive prepared to discuss all outstanding discovery issues.

      SO ORDERED.

DATED:    New York, New York
                 December 19, 2024

                                                             */s/ Jennifer E. Willis*
                                                           JENNIFER E. WILLIS
                                                           United States Magistrate Judge